UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| Jennifer Artesi | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:19-CV-00214-SM |
| | ) | |
| DeMoulas Super Markets, Inc. d/b/a | ) | |
| Market Basket, and | ) | |
| Dennis Labatte | ) | |

## NOTICE OF ATTORNEY APPEARANCE

Please enter my appearance as counsel in this case for the Defendants DeMoulas Super Markets and Dennis Labatte.

Respectfully submitted,

DeMoulas Super Markets and Dennis Labatte

by their attorneys,
Maggiotto, Friedman, Feeney & Fraas, PLLC

Date:  March 5, 2019           By:    */s/ Joshua Hilliard*
                                      Joshua Hilliard, Esq. (NH Bar No. 265632)
                                      58 Pleasant Street
                                      Concord, NH 03301
                                      603-232-5469, 603-225-5152
                                      jhilliard@mffflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via e-mail and through the Court's e-filing system this 5th day of March, 2019, to Leslie H. Johnson, Esq.

                                      */s/ Joshua Hilliard*
                                      Joshua Hilliard, Esq