UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Jennifer Artesi ) | |
| ) | |
| v. ) | Civil Action No.: 1:19-CV-00214-SM |
| ) | |
| DeMoulas Super Markets, Inc. d/b/a ) | |
| Market Basket, and ) | |
| Dennis Labatte ) | |

## DISCLOSURE STATEMENT
## LOCAL RULE 7.1.1

[ ]   The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

-OR-

[ ]   The filing party, a partnership, identifies the following parent corporation and any publicly held corporation that owns 10% or more of the corporate partner's stock:

-OR-

[ ]   The filing party, a limited liability company (LLC), identifies the following parent corporation and any publicly held corporation that owns a 10% or more membership or stock interest in the LLC:

-OR-

[ ]   The filing party identifies the following publicly held corporation with which a merger agreement exists:

-OR-

[X]   The filing party has none of the above.

Respectfully submitted,

DeMoulas Super Markets, Inc.
and
Dennis LaBatte

By their Attorneys,
MAGGIOTTO, FRIEDMAN, FEENEY & FRAAS, PLLC

Dated: March 5, 2019         By:    \_/s/ Dona Feeney_____
                                    Dona Feeney, Esq. (N.H. Bar #12854)
                                    58 Pleasant Street
                                    Concord, NH   03301
                                    (603) 232-5469 or 225-5152
                                    dfeeney@mffflaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2019 a copy of the foregoing has been served through the court's ECF filing system on Leslie H. Johnson, Esq.

   \_\_/s/ Dona Feeney_____
   Dona Feeney, Esq.