### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW HAMPSHIRE

Jennifer Artesi

    v.                                         Case No. 19-cv-214-AJ

DeMoulas Super Markets, Inc.
d/b/a Market Basket,
and Dennis Labatte

### O R D E R

On March 21, 2019, the parties submitted a proposed discovery plan.  Doc. no. 7.  The discovery plan is approved with the following changes:

| Scheduling Designation | Deadline |
|---|---|
| **Motions to Dismiss** | July 3, 2019 |
| **Motions for Summary Judgment** | December 23, 2019 |
| **Challenges to Expert Testimony** | March 6, 2020 |

**Electronic Information Disclosures.**  The parties indicate that they have conferred regarding the discovery of electronically stored information ("ESI") and do not anticipate any disputes.  Based on this representation, the court will not require the parties to supplement their statement regarding electronic information disclosures at this time.  Should disputes arise regarding the production of ESI, however, then the court may require that the parties submit a more formal agreement on ESI

production, taking into consideration the factors suggested in Civil Form 2.

**Completion of discovery.**  The parties are advised that the court considers the deadline for the completion of discovery to be a deadline by which discovery is to be completed, not a deadline by which discovery is to be served.  Propounding parties shall ensure that enough time remains in the discovery period for the recipient to provide its responses by that deadline.  Where Federal Rule 33(b)(2), 34(b)(2), or 36(a)(3) would call for a response after the deadline, the recipient need not provide a response.

**Discovery disputes.**  Should discovery disputes arise in this case, the parties may request an informal conference prior to filing a motion to compel or other discovery motion.  The party or counsel seeking discovery-related relief should confer with opposing counsel, identify mutually available dates, and then contact the Deputy Clerk to schedule a conference with the court. The court will inform the parties and counsel what written materials, if any, will be permitted in advance of the conference. To the extent this informal process does not resolve the discovery dispute, the parties may seek to resolve the dispute through an appropriate motion.

**Status report.**  The parties shall file a joint statement on the status of discovery no later than 70 days prior to the

discovery deadline.  The parties should indicate in that report whether they request a discovery status conference before the court.  If the parties request a conference, or if the court otherwise deems one necessary, then the Clerk's Office shall schedule a conference as soon as is practicable.

**Pretrial Conference.**  In light of the foregoing, the pretrial conference scheduled for April 4, 2019, is cancelled.

SO ORDERED.

_____
Andrea K. Johnstone
United States Magistrate Judge

March 27, 2019

cc:  All Counsel of Record