UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jennifer Artesi f/k/a Jennifer Tapscott
Plaintiff

v.                                                                                          1:19-cv-00214-AJ

DeMoulas Super Markets, Inc. d/b/a
Market Basket AND Dennis Labatte
Defendants

## JOINT MEDIATION STATEMENT

NOW COME the parties through their respective attorneys and submit this Joint Notice Re: Mediation Status:

The parties are in the middle of discovery and have some depositions scheduled. Therefore, they are in need of another 45 days to assess whether mediation will be worthwhile.

Respectfully submitted,
**Jennifer Artesi, Plaintiff**
By Her Attorney

Dated: October 1, 2019    By:    /s/ LESLIE H. JOHNSON
Leslie H. Johnson, Esquire – NH Bar No. 5545
LAW OFFICE OF LESLIE H. JOHNSON, PLLC
PO Box 265
Ctr. Sandwich, NH 03227
(603) 284-6600
leslie@lesliejohnsonlaw.com

**DeMoulas Super Markets, Inc. d/b/a**
**Market Basket AND Dennis Labatte, Defendants**
By their Attorneys

Dated: October 1, 2019    By:    /s/ DONA FEENEY
Dona Feeney, Esquire  - NH Bar No. 12854
Joshua Hilliard, Esquire - NH Bar No. 265632
Maggiotto, Friedman, Feeney & Fraas, PLLC
58 Pleasant Street
Concord, NH 03301
dfeeney@mffflaw.com
jhilliard@mffflaw.com
(603) 232-5469

CERTIFICATE OF SERVICE

      I hereby certify that on this date, a copy of the above was electronically served through ECF on the following counsel:  Dona Feeney, Esquire; and Joshua Hilliard, Esquire, counsel for Defendants.

                                      /s/ LESLIE H. JOHNSON
                                  Leslie H. Johnson, Esquire