UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jennifer Artesi f/k/a Jennifer Tapscott
Plaintiff

v.                                                                                          1:19-cv-00214-AJ

DeMoulas Super Markets, Inc. d/b/a
Market Basket AND Dennis Labatte
Defendants

## JOINT STATEMENT ON STATUS OF DISCOVERY

NOW COME the parties through their respective attorneys and submit this Joint Statement on Status of Discovery:

Counsel for the parties have conferred and agree there are no outstanding discovery disputes which require the Court's attention.

Respectfully submitted,
**Jennifer Artesi, Plaintiff**
By Her Attorney

Dated: November 25, 2019    By:    /s/ LESLIE H. JOHNSON
Leslie H. Johnson, Esquire – NH Bar No. 5545
LAW OFFICE OF LESLIE H. JOHNSON, PLLC
PO Box 265
Ctr. Sandwich, NH 03227
(603) 284-6600
leslie@lesliejohnsonlaw.com

**DeMoulas Super Markets, Inc. d/b/a
Market Basket AND Dennis Labatte, Defendants**
By their Attorneys

Dated: November 25, 2019    By:    /s/ DONA FEENEY
Dona Feeney, Esquire  - NH Bar No. 12854
Joshua Hilliard, Esquire - NH Bar No. 265632
Maggiotto, Friedman, Feeney & Fraas, PLLC
58 Pleasant Street
Concord, NH 03301
dfeeney@mffflaw.com
jhilliard@mffflaw.com
(603) 232-5469

CERTIFICATE OF SERVICE

      I hereby certify that on this date, a copy of the above was electronically served through ECF on the following counsel:  Dona Feeney, Esquire; and Joshua Hilliard, Esquire, counsel for Defendants.

                                       /s/ LESLIE H. JOHNSON
                                    Leslie H. Johnson, Esquire