**Civil Form 3, Extending Deadlines Established by Discovery Plan**            **Amended 12/1/17**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jennifer Artesi

Plaintiff(s)

v.                                                                                                      Civil No.  1:19-CV-00214-AJ

DeMoulas Super Markets, Inc., d/b/a
Market Basket, and
Dennis LaBatte

Defendant(s)

## ATTACHMENT TO MOTION TO EXTEND DEADLINES ESTABLISHED IN THE COURT'S 3/27/2019 SCHEDULING ORDER

*[List the scheduling designations that are applicable to your case.  This draft is merely an exemplar and includes deadlines listed in Civil Form 2, Sample Discovery Plan.]*

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of Discovery | | |
| Disclosure of Experts and Experts' Written Reports and Supplementations (Plaintiff) | | |
| Disclosure of Experts and Experts' Written Reports and Supplementations (Defendant) | | |
| Challenges to Expert Testimony | | |
| Disclosure of Claims Against Unnamed Parties | | |
| Joinder of Additional Parties (Plaintiff) | | |
| Joinder of Additional Parties (Defendant) | | |
| Third-Party Actions | | |
| Amendment to Pleadings (Plaintiff) | | |
| Amendment to Pleadings (Defendant) | | |
| Motions to Dismiss | | |
| Motions for Summary Judgment | 12/23/2019 | 12/30/2019 |
| Trial | | |