UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Jennifer Artesi )<br>)<br>v. )<br>)<br>DeMoulas Super Markets, Inc. d/b/a )<br>Market Basket, and )<br>Dennis Labatte ) | Civil Action No.: 1:19-CV-00214-SM |

## AFFIDAVIT OF DONA FEENEY, ESQ.

I, Dona Feeney, upon my oath depose and say:

1. I am attorney licensed to practice in the United States District Court for the District of New Hampshire and represent the interests of DeMoulas Super Markets, Inc. and Dennis LaBatte in this matter. I am fully familiar with the facts of this case.

2. I make this affidavit in support of the Defendants' motion for summary judgment.

3. Enclosed is a true and accurate copy of excerpts of the deposition of Jennifer Artesi, taken November 7, 2019.

4. Exhibit J is a true and accurate copy of excerpts of the Plaintiff's Charge of Discrimination to the New Hampshire Commission for Human Rights.


Date: __12/30/19_____          ____/s/ Dona Feeney_____

                               Dona Feeney, Esq.

STATE OF NEW HAMPSHIRE
MERRIMACK COUNTY, SS.

The above-named DONA FEENEY, ESQ., being first duly sworn, appeared before me on the above date, under oath executed the foregoing affidavit and acknowledged that the statements given above are true and correct to the best of his knowledge and belief.

                                                                               *Stephanie Champagne.*
                                                Notary Public / ~~Justice of the Peace~~
                                                My Commission Expires: _11/22/2022___