UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Jennifer Artesi )
)
v. ) Civil Action No.: 1:19-CV-00214-SM
)
DeMoulas Super Markets, Inc. d/b/a )
Market Basket, and )
Dennis Labatte )

## AFFIDAVIT OF JOSEPH SCHMIDT

I, Joseph Schmidt, upon my oath depose and say:

1. I make this affidavit in support of the Defendants' motion for summary judgment.

2. I am currently employed as Operations Manager for DeMoulas Super Markets. I am fully familiar with the facts of this case.

3. Exhibit A is a true and accurate copy of a letter sent from DeMoulas to Plaintiff on October 13, 2005 regarding unpaid leave.

4. Exhibit B is a true and accurate copy of a letter sent from DeMoulas to Plaintiff on June 27, 2011 regarding unpaid leave.

5. Exhibit C is a true and accurate copy of a letter sent from DeMoulas to Plaintiff on August 8, 2013 regarding unpaid leave.

6. Exhibit D is a true and accurate copy of a letter received by DeMoulas authored by David Yarian dated January 2, 2017.

7. Exhibit E is a true and accurate copy of the FMLA form dated January 9, 2017 received by DeMoulas regarding Plaintiff's request for leave.

1

8. Exhibit F is a true and accurate copy of a January 9, 2017 letter from DeMoulas to Plaintiff regarding her request for leave.

9. Exhibit G is a true and accurate copy of a January 13, 2017 letter from DeMoulas to Plaintiff regarding her use of FMLA leave.

10. Exhibit H is a true and accurate copy of a February 22, 2017 letter received by DeMoulas and authored by David Yarian.

11. Exhibit I is a true and accurate copy of a March 1, 2017 letter sent from DeMoulas to Plaintiff regarding her termination.

Signed this __20__ day of December, 2019.

                                                         /s/ Joseph Schmidt
                                                       Joseph Schmidt

State of <u>Massachusetts</u>

------------ <u>County</u>, SS.

The above-named Joseph Schmidt, being first duly sworn, appeared before me on the above date, and under oath execute the foregoing affidavit and acknowledged that the statements given above are true and correct to the best of his knowledge and belief.

                                              Notary Public/Justice of the Peace
                                              My Commission Expires: Dec 28, 2023

JAMES E. CARTER
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 28, 2023

2