Jan 09 2017 03:00PM HP Fax                                page 3                          CEH 4
                                                                                          2 -7½

## Notice of Eligibility and Rights & Responsibilities (Family and Medical Leave Act)

**U.S. Department of Labor**
Wage and Hour Division


US Wage and Hour Division

OMB Control Number: 1235-0003
Expires: 5/31/2018

In general, to be eligible an employee must have worked for an employer for at least 12 months, meet the hours of service requirement in the 12 months preceding the leave, and work at a site with at least 50 employees within 75 miles. While use of this form by employers is optional, a fully completed Form WH-381 provides employees with the information required by 29 C.F.R. § 825.300(b), which must be provided within five business days of the employee notifying the employer of the need for FMLA leave. Part B provides employees with information regarding their rights and responsibilities for taking FMLA leave, as required by 29 C.F.R. § 825.300(b), (c).

**[Part A – NOTICE OF ELIGIBILITY]**

TO:     Jennifer Artesi
        _____
        Employee

FROM:   Betsy Pelletier
        _____
        Employer Representative

DATE:   1/9/2017
        _____

On  1/4/2017
    _____, you informed us that you needed leave beginning on  December 30, 2016      for:

_____  The birth of a child, or placement of a child with you for adoption or foster care;

___✓___  Your own serious health condition;

_____  Because you are needed to care for your _____ spouse; _____child; _____ parent due to his/her serious health condition.

_____  Because of a qualifying exigency arising out of the fact that your _____ spouse; _____son or daughter; _____ parent is on covered active duty or call to covered active duty status with the Armed Forces.

_____  Because you are the _____ spouse; _____son or daughter; _____ parent; _____ next of kin of a covered servicemember with a serious injury or illness.

This Notice is to inform you that you:

___✓___  Are eligible for FMLA leave (See Part B below for Rights and Responsibilities)

_____  Are  not eligible for FMLA leave, because (only one reason need be checked, although you may not be eligible for other reasons):

        _____  You have not met the FMLA's 12-month length of service requirement. As of the first date of requested leave, you will have worked approximately _____ months towards this requirement.
        _____  You have not met the FMLA's hours of service requirement.
        _____  You do not work and/or report to a site with 50 or more employees within 75-miles.

If you have any questions, contact  Betsy Pelletier                                                                 or view the
FMLA poster located in  Break Room #38

**[PART B – RIGHTS AND RESPONSIBILITIES FOR TAKING FMLA LEAVE]**

As explained in Part A, you meet the eligibility requirements for taking FMLA leave and still have FMLA leave available in the applicable 12-month period.  However, in order for us to determine whether your absence qualifies as FMLA leave, you must return the following information to us by  January 24, 2017 . (If a certification is requested, employers must allow at least 15 calendar days from receipt of this notice; additional time may be required in some circumstances.) If sufficient information is not provided in a timely manner, your leave may be denied.

___✓___  Sufficient certification to support your request for FMLA leave. A certification form that sets forth the information necessary to support your request ___✓_is/__ is not enclosed

_____  Sufficient documentation to establish the required relationship between you and your family member.

_____  Other information needed (such as documentation for military family leave). _____

_____

___✓___  No additional information requested

Page 1

CONTINUED ON NEXT PAGE                                    Form WH-381 Revised February 2013

**JA-24**

$C\xi\xi$ 4
3 of 9

If your leave does qualify as FMLA leave you will have the following responsibilities while on FMLA leave (only checked blanks apply)

✓  Contact **Betsy Pelletier** _____ at **978-840-8352** _____ to make arrangements to continue to make your share of the premium payments on your health insurance to maintain health benefits while you are on leave. You have a minimum 30-day (or, indicate longer period, if applicable) grace period in which to make premium payments. If payment is not made timely, your group health insurance may be cancelled, provided we notify you in writing at least 15 days before the date that your health coverage will lapse, or, at our option, we may pay your share of the premiums during FMLA leave, and recover these payments from you upon your return to work.

___  You will be required to use your available paid _____ sick, _____ vacation, and/or _____ other leave during your FMLA absence. This means that you will receive your paid leave and the leave will also be considered protected FMLA leave and counted against your FMLA leave entitlement.

___  Due to your status within the company, you are considered a "key employee" as defined in the FMLA. As a "key employee," restoration to employment may be denied following FMLA leave on the grounds that such restoration will cause substantial and grievous economic injury to us. We _____ have/_____ have not determined that restoring you to employment at the conclusion of FMLA leave will cause substantial and grievous economic harm to us.

✓  While on leave you will be required to furnish us with periodic reports of your status and intent to return to work every **3 weeks** _____ (Indicate interval of periodic reports, as appropriate for the particular leave situation).

If the circumstances of your leave change, and you are able to return to work earlier than the date indicated on the this form, you will be required to notify us at least two workdays prior to the date you intend to report for work.

If your leave does qualify as FMLA leave you will have the following rights while on FMLA leave:

•  You have a right under the FMLA for up to 12 weeks of unpaid leave in a 12-month period calculated as
    ___  the calendar year (January – December).
    ___  a fixed leave year based on _____
    ___  the 12-month period measured forward from the date of your first FMLA leave usage
    ✓  a "rolling" 12-month period measured backward from the date of any FMLA leave usage

•  You have a right under the FMLA for up to 26 weeks of unpaid leave in a single 12-month period to care for a covered servicemember with a serious injury or illness. This single 12-month period commenced on _____

•  Your health benefits must be maintained during any period of unpaid leave under the same conditions as if you continued to work
•  You must be reinstated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employment on your return from FMLA-protected leave. (If your leave extends beyond the end of your FMLA entitlement, you do not have return rights under FMLA.)
•  If you do not return to work following FMLA leave for a reason other than: 1) the continuation, recurrence, or onset of a serious health condition which would entitle you to FMLA leave; 2) the continuation, recurrence, or onset of a covered servicemember's serious injury or illness which would entitle you to FMLA leave, or 3) other circumstances beyond your control, you may be required to reimburse us for our share of health insurance premiums paid on your behalf during your FMLA leave.
•  If we have not informed you above that you must use accrued paid leave while taking your unpaid FMLA leave entitlement, you have the right to have ___ sick, ___ vacation, and/or ___ other leave run concurrently with your unpaid leave entitlement, provided you meet any applicable requirements of the leave policy. Applicable conditions related to the substitution of paid leave are referenced or set forth below. If you do not meet the requirements for taking paid leave, you remain entitled to take unpaid FMLA leave.

___  For a copy of conditions applicable to sick/vacation/other leave usage please refer to _____ available at _____

___  Applicable conditions for use of paid leave: _____
_____
_____
_____
_____

Once we obtain the information from you as specified above, we will inform you, within 5 business days, whether your leave will be designated as FMLA leave and count towards your FMLA leave entitlement. If you have any questions, please do not hesitate to contact:
**Betsy Pelletier** _____ at **978-840-8352**

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**
It is mandatory for employers to provide employees with notice of their eligibility for FMLA protection and their rights and responsibilities. 29 U.S.C. § 2617, 29 CFR § 825.300(b), (c). It is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 CFR § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 10 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210  DO NOT SEND THE COMPLETED FORM TO THE WAGE AND HOUR DIVISION.
Page 2                                                                    Form WH-381 Revised February 2013

Jan 09 2017 03:09PM HP Fax                    page 6

C E#4 409

**Certification of Health Care Provider for**          **U.S. Department of Labor**
**Employee's Serious Health Condition**               Wage and Hour Division
**(Family and Medical Leave Act)**



OMB Control Number 1235-0003
Expires: 5/31/2018

INSTRUCTIONS to the **EMPLOYER**: The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies, and in accordance with 29 C.F.R. § 1635.9, if the Genetic Information Nondiscrimination Act applies.

Employer name and contact: Demoulas Super Markets, Inc. Betsy Pelletier, Benefits Manager 978-640-8352

Employee's job title: Produce Wrapper _____ Regular work schedule: 40 Hours

Employee's essential job functions: _____

_____

Check if job description is attached: _____

INSTRUCTIONS to the **EMPLOYEE**: Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 29 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form, 29 C.F.R. § 825.305(b).

Your name: Jennifer        Artesi
First                Middle            Last

INSTRUCTIONS to the **HEALTH CARE PROVIDER**: Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Do not provide information about genetic tests, as defined in 29 C.F.R. § 1635.3(f), genetic services, as defined in 29 C.F.R. § 1635.3(e), or the manifestation of disease or disorder in the employee's family members, 29 C.F.R. § 1635.3(b). Please be sure to sign the form on the last page.

Provider's name and business address: Gonzalo  Quesada MD  1840 NE 162nd St North Miami, Fl 93162

Type of practice / Medical specialty: Medical Doctor / Psychiatry

Telephone: (305) 945-8384       Fax:( 305 ) 957- 7076

Page 1          CONTINUED ON NEXT PAGE          Form WH-380-E Revised May 2015

JA-26

CE #4
5 of 9

1. Approximate date condition commenced: __12/30/2017__

Probable duration of condition: __02/06/2017__

Mark below as applicable:
Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
___No __✓Yes. If so, dates of admission:

__12/30/2016__

Date(s) you treated the patient for condition:

__12/30/2016 and 01/06/2017__

Will the patient need to have treatment visits at least twice per year due to the condition? __✓No ___Yes.

Was medication, other than over-the-counter medication, prescribed? ___No __✓Yes.

Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
__✓No ___Yes. If so, state the nature of such treatments and expected duration of treatment:

2. Is the medical condition pregnancy? __✓No ___Yes. If so, expected delivery date: _____

3. Use the information provided by the employer in Section I to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

Is the employee unable to perform any of his/her job functions due to the condition: ___No __✓Yes.

If so, identify the job functions the employee is unable to perform:

__Client is currently unable to work due to needing residential treatment__

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

__Anxiety, constant crying, depression, racing thoughts, poor concentration.__

Page 2                          CONTINUED ON NEXT PAGE               Form WH-380-E Revised May 2015

JA-27

Jan 09 2017 03:04PM HP Fax                    page 8                          C9#4
                                                                                 v. 99

████████████████████████████████

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition,
including any time for treatment and recovery? ___No  ✓/Yes.

   If so, estimate the beginning and ending dates for the period of incapacity: 12/30/16 ~ 02/06/2017

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced
schedule because of the employee's medical condition? ___No  ✓ Yes.

   If so, are the treatments or the reduced number of hours of work medically necessary?
   ___No  ___Yes. N/A

   Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time
   required for each appointment, including any recovery period:

   _____

   Estimate the part-time or reduced work schedule the employee needs, if any:

   _____ hour(s) per day; _____ days per week from _____ through _____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job
functions? ✓/ No ____Yes.

   Is it medically necessary for the employee to be absent from work during the flare-ups?
   _____ No _____Yes. If so, explain:

   _____

   _____

   Based upon the patient's medical history and your knowledge of the medical condition, estimate the
   frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6
   months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency            : _____ times per _____ week(s) _____ month(s)

            Duration: _____ hours or ___ day(s) per episode

████████████████████████████████████████████████████████████

_____

_____

_____

_____

_____

_____

Page 3                        CONTINUED ON NEXT PAGE          ... Form WH-380-E Revised May 2015

Jan 09 2017 03:04PM HP Fax                    page 9                    CEF4 7d₉

Signature of Health Care Provider                    Date  01/12/2017

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**
If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**

Page 4                                                     Form WH-380-E Revised May 2015

JA-29