

Artesi
EXHIBIT NO. 12
1/7/19
S. FAGAN for ID

## Great Works Family Practice

David O. Yarian, MD
Christine Munroe, DO
Rachel Burke, DO
Nicole Warren, DO
Rita Pomerleau, FNP MSN
Jeffrey Eaton, NP PhD



57 Portland Street · Suite 2A
South Berwick, Maine 03908
Ph: (207) 384-9212
Fax: (207) 384-2008

2.22.2017

JENNIFER L ARTESI

Attn: Mr. Labatt

To whom it may concern:

Jennifer is a patient of mine, and was seen in follow up on 02/15/2017. She is eligible for return to work, full capacity, on 3/6/17.

Please contact my office if you have any questions.

Sincerely,

David Yarian, MD