EEOC FORM 131-A (11/09)

# U.S. Equal Employment Opportunity Commission

**PERSON FILING CHARGE**

Jennifer Artesi

MARKET BASKET
60 Tricity Road
Somersworth, NH 03878

THIS PERSON (check one or both)
[X] Claims To Be Aggrieved
[ ] Is Filing on Behalf of Other(s)

EEOC CHARGE NO.
16D-2017-00164

FEPA CHARGE NO.
EDG(R) 0144-17

## NOTICE OF CHARGE OF DISCRIMINATION IN JURISDICTION WHERE A FEP AGENCY WILL INITIALLY PROCESS
*(See the enclosed for additional information)*

THIS IS NOTICE THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER

[X] Title VII of the Civil Rights Act (Title VII)    [ ] The Equal Pay Act (EPA)    [X] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)    [ ] The Genetic Information Nondiscrimination Act (GINA)

HAS BEEN RECEIVED BY

[ ] The EEOC and sent for initial processing to _____ (FEP Agency)

[X] The  New Hampshire Commission for Human Rights   and sent to EEOC for dual filing purposes.
         *(FEP Agency)*

While EEOC has jurisdiction (upon expiration of any deferral requirement if this is a Title VII, ADA or GINA charge) to investigate this charge, EEOC may suspend its investigation and await the issuance of the Agency's final findings and orders. These findings and orders will be given weight by EEOC in making its own determination as to whether reasonable cause exists to believe that discrimination has occurred.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency will be considered by EEOC when it reviews the Agency's final findings and orders. In many cases EEOC will take no further action, thereby avoiding the necessity of an investigation by both the Agency and EEOC. This likelihood is increased by your active cooperation with the Agency.

As a party to the charge, you may request that EEOC review the final findings and orders of the above-named Agency. For such a request to be honored, you must notify EEOC in writing within 15 days of your receipt of the Agency's final decision and order. If the Agency terminates its proceedings without issuing a final finding and order, you will be contacted further by EEOC. Regardless of whether the Agency or EEOC processes the charge, the Recordkeeping and Non-Retaliation provisions of the statutes as explained in the enclosed information sheet apply.

For further correspondence on this matter, please use the charge number(s) shown above.

Enclosure(s): Copy of Charge

### CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[ ] Race  [ ] Color  [X] Sex  [ ] Religion  [ ] National Origin  [ ] Age  [X] Disability  [X] Retaliation  [ ] Genetic Information  [ ] Other

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| July 10, 2017 | Kevin J. Berry, District Director | |

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| X FEPA | EDG(R) 0144-17 |
| X EEOC | 16D-2017-00164 |

**New Hampshire Commission for Human Rights** and EEOC
*State or local Agency, if any*

**Name** (Indicate Mr., Ms., Mrs.): Ms. Jennifer Artesi
**Home Phone** (Incl. Area Code): (603) 833-3868
**Date of Birth**: [redacted]

**Street Address**: 173 Beauty Hill Road
**City, State and ZIP Code**: Center Barnstead, NH 03225

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: Demoulas Super Markets, Inc. dba Market Basket
**No. Employees, Members**: 1000+
**Phone No.** (Include Area Code): (978) 851-8000
**Street Address**: 875 East Street
**City, State and ZIP Code**: Tewksbury MA 01876-1495

**Name** (CORPORATE OFFICE): Dennis Labatte
**No. Employees, Members**: N/A
**Phone No.** (Include Area Code): (unknown)
**Street Address**: *27 Anita Street
**City, State and ZIP Code**: Rochester NH 03867

**DISCRIMINATION BASED ON** (Check appropriate box(es).):
[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY***  [X] OTHER (Specify below.)
RSA 354-A & ADA (ADAAA)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: **4/1/2006
Latest: 03/29/2017
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

*This is believed to be Mr. Labatte's address. Alternatively, documents may be forwarded to him c/o the employer.

**Ms. Artesi was transferred to the Somersworth store in approximately April/May 2006 and does not remember the exact date, which approximately coincides with an earlier incident of harassment.

***(and perceived disability)

See attached Specifications to Charge of Discrimination

RECEIVED
JUN 22 2017
NH COMMISSION FOR HUMAN RIGHTS

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements
[signature] JP Exp. 9/18/18

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
[signature: Jennifer Artesi]

6/22/17    [signature: Jennifer Artesi]
Date        Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
6/22/17

Form 5 (5/01)