ATTACHMENT A

CE#8

verizon✓ Billing period Feb 3, 2017 to Mar 2, 2017 | Account # 525229325-00001 | Invoice # 7489914170

1082

# Jennifer L Artesi

603.833.3888 | Moto Z Play

## Talk activity

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|

4

C48
2/12

verizon✓ Billing period Feb 3, 2017 to Mar 2, 2017 | Account # 525229325-00001 | Invoice # 7489914170

## Talk activity - continued

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|

6

Billing period Mar 3, 2017 to Apr 2, 2017 | Account # 525229325-00001 | Invoice # 7503614711

# Jennifer L Artesi

603.833.3868 | Moto Z Play

## Talk activity

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|
| Mar 17 | 6:43 AM | 978.840.8128 | Center Bar, NH | Tewksbury, MA | 2 | -- | -- | -- |
| Mar 18 | 10:02 AM | 978.840.8172 | Center Bar, NH | Tewksbury, MA | 33 | -- | -- | -- |
| Mar 28 | 11:28 AM | 978.840.8172 | Center Bar, NH | Incoming, CL | 2 | | | |

Called Joe

Joe

Joe

not taking me back



Billing period Mar 3, 2017 to Apr 2, 2017 | Account # 525229326-00001 | Invoice # 7503614711

# Talk activity - continued

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|
| Mar 29 | 11:43 AM | 978.640.8150 | Center Bar, NH | Incoming, CL | 5 | — | — | -- |

5