Attachment B

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Requestor: Law Office Of Leslie H. Johnson PLLC
Requested Dates:March 1, 2016 through May 31, 2017
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Subscriber Information Request for 603.269.3258

| | |
|---|---|
| Subscriber Name: | Artesi, John |
| Subscriber Address: | 173 Beauty Hill Rd |
| | Center Barnstead NH 03225-3702 |
| Account Number: | 0282190120062192 |
| Type: | Residential |

| | |
|---|---|
| Equipment Information: | Unknown |
| MTA IP/MAC: | x1-6-5c-8f-e0-e4-b8-07.emta.metrocast.net / 5C:8F:E0:E4:B8:07 |

Line features include:
3-Way Calling, Anonymous call rejection, Automatic recall, Call forwarding, Call waiting, Caller ID,
Caller ID Block, Distinctive ring, Do not disturb, Line Service Restriction - ILD, Line Service Restriction - Premium Services, Line Service Restriction - Toll, Selective call rejection, Speed dial,
and Voicemail.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTE:   IDT hosts Cable Telephony for Atlantic Broadband Communications.
As the host of this service for Atlantic Broadband, there may be additional information iincluding billingî needed in the future for which IDT does not have access to.

If any additional information is required, all inquires should be directed to Atlantic Broadband via the following contact:
THOMAS J. GUNERMAN
Deputy General Counsel
Atlantic Broadband
Office: (617) 786-8800   x137
tgunerman@atlanticbb.com

## Call Records (603) 269-3258
### 03/01/2016 - 05/31/2017

1) There is one record per call
2) rap1 and rap2 = T | T are calls with blocked ANI.
3) You are accessing privileged and confidential information view-able for the purposes of responding to Law Enforcement Agencies. Any dissemination and or copying of information obtainable on this page outside of using it for it's intended purpose is strictly prohibited.



| Direction | Start Time (24hr GMT) | Stop Time (24hr GMT) | Calling Number | Rap1 | Rap2 | Called Number | Duration (sec.) | Esc Reason |
|---|---|---|---|---|---|---|---|---|

| inbound | 2016-03-23 17:19:48 | 2016-03-23 17:20:17 | 6037428937 | T | T | 6032663258 | 6 | successful call |
| inbound | 2016-03-23 17:30:29 | 2016-03-23 17:31:22 | 6037428937 | T | T | 6032663258 | 31 | successful call |
| outbound | 2016-03-23 18:05:02 | 2016-03-23 18:08:07 | 6032663258 | F | F | 6037428937 | 174 | successful call |



| outbound | 2016-05-10 12:45:05 | 2016-05-10 12:45:52 | 6032693256 | F. | F. | 6037428937 | 34 | successful call |







outbound | 2016-06-10 18:17:50 | 2016-06-10 18:24:50 | 8032663256 | F | F | 8037429837 | 402 | successful call





| outbound | 2016-09-23 14:18:44 | 2016-09-23 14:20:57 | 6032493258 | F | F | 6037426837 | 236 | successful call |



| | outbound | 2016-09-08 22:45:54 | 2016-09-08 22:54:57 | 6032663258 | F | F | 6037426637 | 526 | successful call | |
| | outbound | 2016-09-09 10:06:28 | 2016-09-09 10:07:12 | 6032663258 | F | F | 6037426637 | 35 | successful call | |


| | Inbound | 2018-10-14 15:57:12 | 2018-10-14 15:57:40 | 6037426937 | T | T | 6032693256 | 6 | | successful call |
| | Inbound | 2018-10-14 15:57:12 | 2018-10-14 15:57:41 | 6037426937 | T | T | 6032693256 | 6 | | successful call |



| outbound | 2016-10-16 12:26:42 | 2016-10-16 12:32:42 | 6032683258 | F | F | 6037426937 | 157 | successful call |
|---|---|---|---|---|---|---|---|---|

| inbound | 2016-10-17 17:58:53 | 2016-10-17 17:59:21 | 6037426937 | T | T | 6032683258 | 5 | successful call |
| inbound | 2016-10-17 17:58:53 | 2016-10-17 17:58:22 | 6037426937 | T | T | 6032683258 | 5 | successful call |



| | Inbound | 2016-10-27 19:48:45 | 2016-10-27 19:50:06 | 6037428937 | T | T | 6032693258 | 61 | successful call |
| | Inbound | 2016-10-27 19:48:45 | 2016-10-27 19:50:07 | 6037428937 | T | T | 6032693258 | 61 | successful call |

| | Inbound | 2016-10-28 15:26:50 | 2016-10-28 18:32:51 | 6037428937 | T | T | 6032693258 | 346 | successful call |
| | Inbound | 2016-10-28 15:26:50 | 2016-10-28 18:32:52 | 6037428937 | T | T | 6032693258 | 346 | successful call |



| outbound | 2016-11-11 00:26:30 | 2016-11-11 00:40:11 | 6032693258 | F | F | 6037428937 | 691 | successful call |



| outbound | 2018-11-04 02:11:03 | 2018-11-04 02:11:26 | 6032682058 | F | F | 6037428837 | 16 | successful call |



| | inbound | 2018-12-28 20:09:38 | 2018-12-28 20:11:33 | 6037428937 | T | T | 6032693258 | 66 | successful call |

| | outbound | 2018-12-30 11:59:21 | 2018-12-30 11:10:30 | 6032693258 | F | F | 6037428937 | 54 | successful call |
| | outbound | 2018-12-30 11:27:17 | 2018-12-30 11:30:01 | 6032693258 | F | F | 6037428937 | 151 | successful call |

JA-133







**Jen Elliott**

| | |
|---|---|
| **From:** | Amarelis Cruz <amarelis.cruz@idt.net> |
| **Sent:** | Thursday, January 02, 2020 11:30 AM |
| **To:** | Jen Elliott |
| **Cc:** | Gunerman, Thomas |
| **Subject:** | Records Request -TN 6032693258 |
| **Attachments:** | doc04799920191231152954.pdf; Subscriber Info 6032693258.rtf; call_records_6032693258.pdf |

To Whom It May Concern:

I've attached the information requested for telephone no: 6032693258

--

Thank you,
Amarelis Cruz
SVCOps Manager
973-438-2423
SVCmgrs@idt.net
amarelis.cruz@idt.net

1

**JA-152**

# LAW OFFICE OF LESLIE H. JOHNSON, PLLC

PO Box 265, 46 Holderness Road
Center Sandwich, NH 03227-0265

Telephone: (603) 284-6600                             Leslie H. Johnson, Esquire*
Fax: (603) 284-6000                                      *Admitted in NH & Maine
Email: leslie@lesliejohnsonlaw.com

December 30, 2019

**VIA FAX ONLY**
**603.524.5190**

Atlantic Broadband
9 Apple Road
Belmont NH 03220

RE:   Account #:      8282160120029024
      Phone #:        603.269.3258
      Account owner:  John Artesi

To whom it may concern:

    Enclosed please find signed and notarized Telephone Records Release with regard to the account and phone number of John Artesi as noted above.

    Please immediately provide this office with copies of the records requested in the release. If there is a fee for these records, please contact my legal secretary, Jennifer Elliott, prior to processing this request to discuss payment for same.

    If you have any questions concerning this transmittal, please do not hesitate to contact me.

Sincerely,

Leslie H. Johnson

LHJ:je
Enclosure

cc:   John Artesi (via email)

**JA-153**

## TELEPHONE RECORDS RELEASE

**TO:**   Atlantic Broadband
9 Apple Road
Belmont NH 03220

**FAX: 603.524.5190**

You are hereby authorized to release to the Law Office of Leslie H. Johnson, PLLC,
PO Box 265, Center Sandwich NH 03227, by USPS First Class mail or by email to
len@lesliejohnsonlaw.com the following requested information:

**Report of all calls made to and received from 603.269.3258
(Account #8282160120029024) for the time period covering
March 1, 2016 at 12:01 AM through May 31, 2017 at 11:59 PM**

This account/telephone number is in the name of John Artesi, 173 Beauty Hill Road, Center
Barnstead, NH 03225.

You are also authorized to speak to Attorney Johnson, or representatives from her office,
regarding these telephone records and answer whatever other questions she or her representatives
may have.

Release of the above specified information is hereby authorized upon the presentation of
this authorization or a photocopy thereof and no court order is required.

Date: December _22_, 2019                          John Artesi

STATE OF NEW HAMPSHIRE
COUNTY OF CARROLL SS

Personally appeared John Artesi this _22_ day of December 2019, and swore that the
above facts are true and accurate to the best of his knowledge and belief.

Before me,

Notary Public

My commission expires MONTA M. MADORE, Notary Public
My Commission Expires December 7, 2021

**JA-154**