ATTACHMENT D

## Great Works Family Practice

David O. Yarian, MD  
Christine Munroe, DO  
Rachel Burke, DO  
Nicole Warren, DO  
Rita Pomerieau, FNP MSN  
Jeffrey Eaton, NP PhD



57 Portland Street · Suite 2A  
South Berwick, Maine 03908  
Ph: (207) 384-9212  
Fax: (207) 384-2008

1.2.2017

RE: JENNIFER L TAPSCOTT

To whom it may concern:

Due to a medical condition, Jennifer is currently in the hospital in the state of Florida. Her discharge date is unknown at this time.

Please allow this letter to serve as notification for Jennifer to be out of work from this date until further notice.

Please contact my office if you have any questions.

Sincerely,

David Yarian, MD