## EXHIBIT 2

## AFFIDAVIT OF JOHN ARTESI

I, John Artesi, of Center Barnstead, New Hampshire, hereby offer the following statement under oath:

1. I am Jennifer Artesi's husband. Jennifer is the Plaintiff in the matter of *Jennifer Artesi v. DeMoulas Super Markets, Inc. et al.,* USDC-NH, Case No. 19-CV-214-AJ.

2. My landline telephone number during all times covered in this Affidavit was 603-269-3258. I have reviewed Attachment A which is a true an accurate copy of the printout from my home line for the period covering 03/01/16-05/31/17, with redactions to remove irrelevant numbers.

3. To the best of my knowledge, the telephone number for DeMoulas's store located in Somersworth during all times covered in this Affidavit was 603-742-8937.

4. To the best of my knowledge, the telephone number to DeMoulas's corporate office during all times covered in this Affidavit was 978-640-8172.

5. On 12/30/16 at 6:09AM I contacted Demoulas and spoke with David James, whom I believe was a co-worker of my wife's. I told him my wife was very ill and had been hospitalized and would not be in to work. Mr. James told me that Ms. Barnum was not in yet, and to call back. I called back at 6:27AM and spoke again with Mr. James, who again stated Ms. Barnum was not in yet. I reiterated that my wife had been hospitalized and would not be in to work. I then asked Mr. James to relay this information to Ms. Barnum immediately upon her arrival to work, which he stated he would do. I understand that Ms. Barnum was my wife's direct manager.

6. I understand that my wife's medical providers were providing various forms to Demoulas regarding my wife's medical condition subsequent to 12/30/16.

7. On 02/10/17, I called Demoulas and spoke with Dennis Labatte, to update him on my wife's status, that she had been released from the hospital but not yet been released to return to work; and stated that she needed to see her primary care doctor, but she was hoping she could return to work in a couple weeks. Mr. Labatte stated he had not heard anything from my wife for 8 weeks, which I knew was not true, because I knew the hospital where my wife was being treated had contacted Demoulas.

8. Upon my wife learning on 03/06/17 that she had been terminated, I called the owner of the company, Mr. Demoulas. Mr. Demoulas returned my call on 03/09/17, at which time I told him my wife was wrongfully terminated, that Mr. Labatte claimed my wife abandoned her job, which was not true; that she was a 29 year senior employee, and that she did not abandon her job, but instead had been very sick. I then asked him if there was any way we could get this resolved, meaning she could get her job back. Mr. Demoulas told me he would look into it.

1

9. On 03/10/17, while my wife and I were in our vehicle driving back to our house, Joseph Schmidt called me, who I believe worked directly under Mr. Demoulas. He stated Mr. Demoulas asked him to call. I explained what had happened, that my wife had been out due to a hospitalization and that we had kept Demoulas informed, and that my wife simply wanted her job back. Mr. Schmidt said he would look into it.

10. On or about 03/13/17, I sent a handwritten letter to Mr. Demoulas reiterating that my wife had not abandoned her job. See Attachment B hereto, which is a true and accurate copy of my letter.

11. I spoke with Mr. Schmidt one more time shortly after my wife learned she was terminated, telling him that I could not believe there was nothing he could do for my wife after all her years of service to Demoulas. Mr. Schmidt told me, "there's nothing I can do." When I told him that we would be contacting an attorney, he stated he could not talk to me any further and we ended the conversation.

12. I did not open my wife's mail while she was hospitalized, not only because I understand that is a crime, but because it has always been my practice. When I'm the one who retrieves the mail, I sort it and make a pile of my mail and my wife's mail and place hers on the counter for her to open. While she was in the hospital, I did see that a letter arrived from Demoulas, however, I didn't open it. I did not think I should since it was not my mail, and because I understood the hospital had already forwarded doctor notes, etc. to Demoulas about my wife's status.

13. The cell number I used during this time period is no longer my cell number and because it was a prepaid plan, I do not believe cell phone logs are available. I believe my old cell number was (603) 568-2846 through Verizon.

**FURTHER AFFIANT SAYETH NOT.**

                                                         /s/ JOHN ARTESI
                                                       John Artesi

STATE OF NEW HAMPSHIRE
COUNTY OF CARROLL, SS.

Personally appeared John Artesi, on this 9th day of February 2020 and affirmed that the above facts are true and accurate to the best of his knowledge and belief.
Before me,

                                           /s/ MONA J. TARDIF
                                         Justice of the Peace/Notary Public
                                         My Commission expires: 06/21/22