# EXHIBIT 3

## AFFIDAVIT OF MONA TARDIF

I, Mona Tardif, do hereby upon oath state as follows:

1.      I am a paralegal working for the Law Office of Leslie H. Johnson, PLLC, which represents the Plaintiff Jennifer Artesi, in the matter of *Jennifer Artesi v. DeMoulas Super Markets, Inc. et al.,* USDC-NH, 19-CV-214-SM.

2.      Attached to John Artesi's Affidavit as Attachment A and to Jennifer Artesi's Affidavit as Attachment B, is a true and accurate copy of the printout our office obtained from Atlantic Broadband for telephone number 603-269-3258 for the period covering March 1, 2016- May 31, 2017, with redactions to remove all irrelevant numbers.

3.      I have reviewed three separate copies of Ms. Artesi's personnel file which were provided by Defendants' counsel on September 8, 2017, in response to our August 25, 2017 request; on August 28, 2019 as part of Defendants' Rule 22 Initial Disclosure; and on February 7, 2020, in response to Plaintiff's January 6, 2020 Request for Production No. 2.  Except for the FMLA leave request for the 12/30/16-02/06/17 time period, there is no FMLA paperwork within these files.

4.      Attached as Attachment A, is a true and accurate copy of US DOL, Wage and Hour Division, Fact Sheet #28D: Employer Notification Requirements under the Family and Medical Leave Act, found at https://www.dol.gov/agencies/whd/fact-sheets/28d-fmla-employer%20notification.

5.      Attached as Attachment B, is a true and accurate copy of US DOL, Wage and Hour Division, Fact Sheet #77B: Protection for Individuals under the FMLA, found at https://www.dol.gov/agencies/whd/fact-sheets/77b-fmla-protections.

6.      Attached as Attachment C, is a timeline chart which I created, through the use of exhibits and/or attachments which were part of either Defendants' Memorandum of Law and/or Plaintiff's Memorandum of Law, and referenced within the chart.  To the best of my ability I have transferred the relevant information from the other exhibits.

7.      Attached as Attachment D, is a true and accurate copy of excerpts from Defendant DeMoulas' answers to Interrogatories and Requests for Production of Documents.

8.      Attached as Attachment E, is a true and accurate copy of excerpts from Defendant Labatte's answers to Interrogatories and Requests for Production of Documents.

9. Exhibit 4, is a true and accurate copy of excerpts from Jennifer Artesi's 11/07/19 deposition transcript.

FURTHER AFFIANT SAYETH NOT

Dated: February 10, 2020                    /s/ MONA J. TARDIF
                                                                Mona J. Tardif

STATE OF NEW HAMPSHIRE
COUNTY OF CARROLL

Personally appeared before on the above date Mona J. Tardif, who swore that the statements contained herein are true to the best of her knowledge and belief.

                                                                /s/ JENNIFER L.K. ELLIOTT
                                                                Notary Public
                                                                My Commission expires:      01/18/22