## ATTACHMENT C

Artesi v DeMoulas, et al.

| Date | Form of Communication | Description |
|---|---|---|
| 12/30/17 at 6:09AM | Phone | John Artesi called DeMoulas and spoke with David James-informing him Ms. Artesi was very ill, hospitalized and would not be in to work. Ex. 2:5 |
| 12/30/17 at 6:27AM | Phone | John Artesi called DeMoulas and spoke with David James-informing him Ms. Artesi was very ill, hospitalized and would not be in to work. Ex. 2:5 |
| 1/3/17 | Hand delivered | Gary Arkerson hand delivered a 1/2/17 doctor note to Jerry Paquette, Asst. Store Manager, that Ms. Artesi was hospitalized in Florida due to a medical condition, with an unknown discharge date, and would be out until further notice. Ex.1:26, Att. D; Ex. 3:7, Att. D, excerpts from DeMoulas Answer to Interrogatories and Request for Production, see Answer to Interrogatory 3. |
| 1/4/17 |  | Jeannine Miller at G&G (hospital), contacted Rachel Joyce in HR at DeMoulas and requested FMLA paperwork on Ms. Artesi's behalf. Ex.1:28. |
| 1/9/17 | Via facsimile | Rachel Joyce forwarded FMLA paperwork to G&G. Ex. 1:29; Ex. 1, Att. E. |
| 1/12/17 | Via facsimile | Completed FMLA paperwork was forwarded by G&G to Rachel Joyce at DeMoulas. Ex. 1:30, Ex. 1, Att. F; Ex. E. |
| 2/8/17 |  | Ms. Artesi discharged and returns to NH. Ex. 1:24, 32. |
| 2/10/17 | Phone | Mr. Artesi called DeMoulas and spoke with Dennis Labatte, to update him on Ms. Artesi's status, that she had been released from the hospital, 2/8/17 but not yet been released to return to work; needs to see her doctor, but hoping to return to work in a couple weeks. Ex. 2:7. |
| 2/15/17 |  | Doctor appointment. Ex.1:34 |
| 2/22/17 | Mail | Doctor's office sends letter to DeMoulas that Ms. Artesi can return to work 3/6/17. Ex.1:34, Att. H. |
| 2/28/17 | Phone | Ms. Artesi called DeMoulas and spoke with Mr. |

| | | |
|---|---|---|
| | | Paquette to find out when she was scheduled to work. Mr. Paquette stated he believed she was on the schedule. Ex.1:35. |
| 3/3/17 | Phone | After receiving DeMoulas' 3/1/17 letter, on 03/03/17, Ms. Artesi called DeMoulas and spoke with Betsy Pellitier/HR, asking her why Ms. Artesi's insurances had been canceled. Ms. Pellitier directed her to contact her supervisor. She then asked, "Did I get fired?", to which Ms. Pellitier again directed Ms. Artesi to contact her supervisor. Ex.1:37. |
| 3/6/17 in morning | In person | Shortly after Ms. Artesi punched in for work, Labatte asked her to come with him into his office, where he asked her why she thought she still had a job. Ex. 1:39. |
| 3/6/17 at 3:30PM | In person | Ms. Artesi met with Mr. Shea and Labatte with Crystal Faucher present as a witness. Mr. Shea stated that because of Ms. Artesi's lack of communication with the company and taking a lot of time off, including exhausting her FMLA, that she no longer had a job with the company. Ms. Artesi told Mr. Shea that she had been in regular contact with the store through submission of medical documentation. Ex. 1:40. |
| 3/6/17 | Phone | Mr. Artesi called Mr. DeMoulas and left a message. Ex.1:43, Ex. 2:8. |
| 3/9/17 | Phone | Mr. Demoulas returned Mr. Artesi's call. Mr. Artesi told him my Ms. Artesi was wrongfully terminated, that Mr. Labatte claimed she abandoned her job, which was not true; that she was a 29 year senior employee, and that she did not abandon her job, but instead had been very sick. Mr. Artesi asked if there was any way she could get her job back. Mr. Demoulas said he would look into it. Ex. 2:8 |
| 3/10/17 | Phone | Mr. Schmidt called Mr. Artesi. Mr. Artesi explained Ms. Artesi had been out due to a hospitalization, that they had kept Demoulas informed, and she wanted her job back. Mr. Schmidt said he would look into it. Ex. 1:43, Ex. 2:9. |
| 3/13/17 | Letter | Mr. Artesi wrote to DeMoulas reiterating that she had not abandoned her job. Ex. 2:10, Att. B. |
| 3/18/17 | Phone | Mr. Schmidt and Ms. Artesi spoke. Ms. Artesi explained everything that happened and asked |

|  |  |  |
|---|---|---|
|  |  | for her job back. Mr. Schmidt said he would look into it. Ex. 1:45 |
| 3/28/17 | Phone | Mr. Schmidt called Ms. Artesi and stated DeMoulas was not going to take her back. Ex. 1:47 |
| Shortly after 3/28/17 | Phone | Mr. Artesi called Mr. Schmidt, and asked again for Ms. Artesi's job back. Mr. Schmidt said, "there's nothing I can do." Ex. 2:11 |
| 3/29/17 | Phone | Ms. Artesi contacted Tim Shea and requested a written termination notice. He refused, instead claiming she quit. Ex. 1:48 |