```
PAY005              TIME CARD PRINTOUT FOR W/E  03/05/16                         03/07/16   10:52

    BADGE NO: 64776    TAPSCOTT, JENNIFER L      SOC: 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

           DAY              TIME       HOURS     TOTAL    STR DPT   CL   ADJ         EXCEPTION

        SUNDAY       IN:   05:59                           36   3   47
                     OUT:  08:46       2:45                36   3   47
                     IN:   09:17                           36   3   47
                     OUT:  11:37       2:15                36   3   47
                                                5:00

        WEDNESDAY    IN:   06:02                           36   3   47
                     OUT:  08:00       2:00                36   3   47   MGRST036
                                                2:00

        THURSDAY     IN:   05:59                           36   3   47
                     OUT:  12:33       6:30                36   3   47
                     IN:   13:32                           36   3   47
                     OUT:  15:14       1:45                36   3   47
                                                8:15

        FRIDAY       IN:   05:59                           36   3   47
                     OUT:  12:40       6:45                36   3   47
                     IN:   13:36                           36   3   47
                     OUT:  15:08       1:45                36   3   47
                                                8:30

        SATURDAY     IN:   06:00                           36   3   47
                     OUT:  11:33       5:30                36   3   47
                     IN:   12:33                           36   3   47
                     OUT:  15:09       2:45                36   3   47
                                                8:15

        TOTAL:                                  32:00
```

```
PAY005              TIME CARD PRINTOUT FOR W/E  03/12/16                          03/14/16   10:46

     BADGE NO: 64776    TAPSCOTT, JENNIFER L      SOC: 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

         DAY              TIME      HOURS     TOTAL    STR DPT    CL   ADJ      EXCEPTION

       SUNDAY       IN:  06:04                          36   3    47
                    OUT: 10:39      4:45                36   3    47
                    IN:  11:14                          36   3    47
                    OUT: 12:05       :45                36   3    47
                                               5:30

       TUESDAY      IN:  06:00                          36   3    47
                    OUT: 12:12      6:15                36   3    47
                    IN:  13:19                          36   3    47
                    OUT: 15:04      1:45                36   3    47
                                               8:00

       WEDNESDAY    IN:  06:04                          36   3    47
                    OUT: 11:31      5:30                36   3    47
                    IN:  12:33                          36   3    47
                    OUT: 15:02      2:30                36   3    47
                                               8:00

       THURSDAY     IN:  06:01                          36   3    47
                    OUT: 11:30      5:30                36   3    47
                    IN:  12:31                          36   3    47
                    OUT: 15:04      2:30                36   3    47
                                               8:00

       FRIDAY       IN:  06:02                          36   3    47
                    OUT: 12:43      6:45                36   3    47
                    IN:  13:50                          36   3    47
                    OUT: 15:07      1:15                36   3    47
                                               8:00

       SATURDAY     IN:  06:04                          36   3    47
                    OUT: 11:18      5:15                36   3    47
                    IN:  11:19                          36   3    47
                    OUT: 12:19      1:00                36   3    47
                    IN:  13:18                          36   3    47
                    OUT: 15:16      2:00                36   3    47
                                               8:15

       TOTAL:                                  45:45
```

```
PAY005              TIME CARD PRINTOUT FOR W/E  03/19/16                              03/21/16   10:28

   BADGE NO: 64776    TAPSCOTT, JENNIFER L     SOC: 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

          DAY              TIME       HOURS    TOTAL    STR DPT    CL     ADJ         EXCEPTION

       MONDAY       IN:   06:01                          36   3    47
                    OUT:  11:36       5:30               36   3    47
                    IN:   12:36                          36   3    47
                    OUT:  15:21       2:45               36   3    47
                                                8:15

       WEDNESDAY    IN:   06:05                          36   3    47
                    OUT:  11:33       5:30               36   3    47
                    IN:   12:35                          36   3    47
                    OUT:  15:11       2:45               36   3    47
                                                8:15

       THURSDAY     IN:   06:05                          36   3    47
                    OUT:  12:21       6:15               36   3    47
                    IN:   13:21                          36   3    47
                    OUT:  15:17       2:00               36   3    47
                                                8:15

       FRIDAY       IN:   06:05                          36   3    47
                    OUT:  07:42       1:45               36   3    47
                    IN:   07:43                          36   3    47    MGRST036
                    OUT:  08:00        :15               36   3    47    MGRST036
                                                2:00

       SATURDAY     IN:   06:05                          36   3    47
                    OUT:  11:35       5:30               36   3    47
                    IN:   12:35                          36   3    47
                    OUT:  15:08       2:45               36   3    47
                                                8:15

       TOTAL:                                   35:00
```

```
PAY005              TIME CARD PRINTOUT FOR W/E  03/26/16                        03/28/16   11:05

    BADGE NO: 64776    TAPSCOTT, JENNIFER L      SOC: 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
            DAY              TIME         HOURS     TOTAL     STR DPT   CL   ADJ       EXCEPTION

         SUNDAY       IN:   06:04                             36   3    47
                      OUT:  10:44         4:45                36   3    47
                                                    4:45

         WEDNESDAY    IN:   05:58                             36   3    47
                      OUT:  12:20         6:15                36   3    47
                      IN:   13:18                             36   3    47
                      OUT:  15:30         2:15                36   3    47
                                                    8:30

         THURSDAY     IN:   05:57                             36   3    47
                      OUT:  11:33         5:30                36   3    47
                      IN:   12:32                             36   3    47
                      OUT:  15:08         2:45                36   3    47
                                                    8:15

         FRIDAY       IN:   06:10                             36   3    47
                      OUT:  11:30         5:15                36   3    47
                      IN:   12:35                             36   3    47
                      OUT:  15:04         2:30                36   3    47
                                                    7:45

         TOTAL:                                     29:15
```

```
PAY005                TIME CARD PRINTOUT FOR W/E  05/21/16                                05/23/16   10:52

    BADGE NO: 64776    TAPSCOTT, JENNIFER L      SOC: 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

        DAY              TIME       HOURS   TOTAL    STR DPT   CL    ADJ      EXCEPTION

      MONDAY       IN:  05:56                         36   3   47
                   OUT: 11:02       5:00              36   3   47
                   IN:  12:03                         36   3   47
                   OUT: 15:02       3:00              36   3   47
                                            8:00

      WEDNESDAY    IN:  05:59                         36   3   47
                   OUT: 11:11       5:15              36   3   47
                   IN:  12:16                         36   3   47
                   OUT: 15:05       2:45              36   3   47
                                            8:00

      THURSDAY     IN:  06:00                         36   3   47
                   OUT: 11:50       5:45              36   3   47
                   IN:  12:22                         36   3   47
                   OUT: 15:22       3:00              36   3   47
                                            8:45

      FRIDAY       IN:  06:03                         36   3   47
                   OUT: 11:07       5:00              36   3   47
                   IN:  12:06                         36   3   47
                   OUT: 15:06       3:00              36   3   47
                                            8:00

      SATURDAY     IN:  06:04                         36   3   47
                   OUT: 11:17       5:15              36   3   47
                   IN:  12:17                         36   3   47
                   OUT: 14:18       2:00              36   3   47
                                            7:15

      TOTAL:                               40:00
```

```
PAY005              TIME CARD PRINTOUT FOR W/E  05/28/16                              05/30/16    11:04

   BADGE NO: 64776     TAPSCOTT, JENNIFER L        SOC: 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

          DAY                  TIME        HOURS      TOTAL     STR DPT   CL    ADJ        EXCEPTION

         SUNDAY         IN:   06:02                              36   3   47
                        OUT:  09:03         3:00                 36   3   47
                        IN:   09:34                              36   3   47
                        OUT:  12:44         3:15                 36   3   47
                                                       6:15

         MONDAY         IN:   06:05                              36   3   47
                        OUT:  11:02         5:00                 36   3   47
                        IN:   12:02                              36   3   47
                        OUT:  15:00         3:00                 36   3   47
                                                       8:00


         TOTAL:                                       14:15
```

```
PAY005              TIME CARD PRINTOUT FOR W/E  06/25/16                          06/27/16    10:41

     BADGE NO: 64776    TAPSCOTT, JENNIFER L       SOC: 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
              DAY              TIME        HOURS    TOTAL    STR DPT   CL   ADJ        EXCEPTION
         WEDNESDAY      IN:   05:58                           36   3   47
                       OUT:   11:02         5:00             36   3   47
                        IN:   12:04                           36   3   47
                       OUT:   15:05         3:00             36   3   47
                                                     8:00

         THURSDAY       IN:   05:59                           36   3   47
                       OUT:   12:15         6:15             36   3   47
                        IN:   13:19                           36   3   47
                       OUT:   15:03         1:45             36   3   47
                                                     8:00

         FRIDAY         IN:   05:58                           36   3   47
                       OUT:   12:38         6:45             36   3   47
                        IN:   13:36                           36   3   47
                       OUT:   15:16         1:45             36   3   47
                                                     8:30

         SATURDAY       IN:   06:00                           36   3   47
                       OUT:   11:47         5:45             36   3   47
                        IN:   12:50                           36   3   47
                       OUT:   14:36         1:45             36   3   47
                                                     7:30

         TOTAL:                                     32:00
```