AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| Jennifer Artesi | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-CV-00214-SM |
| DeMoulas Super Markets, Inc., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dennis Labatte                                                                                                         .

Date:    02/27/2020                                              /s/ Brian J.S. Cullen
                                                                                    *Attorney's signature*

                                                                                    Brian J.S. Cullen
                                                                            *Printed name and bar number*

                                                                                    10 East Pearl Street
                                                                                    Nashua, NH  03060

                                                                                            *Address*

                                                                                bcullen@cullencollimore.com
                                                                                        *E-mail address*

                                                                                    (603) 881-5500
                                                                                    *Telephone number*

                                                                                    (603) 881-5507
                                                                                        *FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

All Counsel of Record.

Conventionally Served:

| 02/27/2020 | /s/ Brian J. S. Cullen |
|---|---|
| Date | Signature |