Ex.5

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JENNIFER ARTESI

VS                    NO:  1:19-CV-00214-SM

DEMOULAS SUPER MARKETS, INC., d/b/a MARKET BASKET

and DENNIS LABATTE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPOSITION OF MANDY BARNUM

This deposition taken by agreement of counsel at the New Hampshire Bar Association, 2 Pillsbury Street, Concord, New Hampshire, on February 24, 2020, commencing at 9:00 a.m.

CONNELLY REPORTING & VIDEO SERVICES

```
 1          on and did other positions, correct?
 2     A    Yes.
 3     Q    So when Jennifer went out again around
 4          December 30 of 2016, for several weeks, who
 5          filled in her -- who worked her hours?
 6     A    The same person.
 7     Q    So that person -- so you were able to cover
 8          Jennifer's job duties adequately?
 9     A    Yes.
10     Q    And in fact, it was the same amount of
11          wrapping able to be done because you had
12          basically a floater person?
13     A    Yes.
14     Q    And when Jennifer came back, was anyone else
15          hired in the department right before March of
16          2017 when she tried to come back to work?
17     A    No.
18     Q    Okay.  So you had the same part-time people
19          that you had in the fall of 2016?
20     A    Yes.
21     Q    Who was that extra part-time person that had
22          been hired?
23     A    I don't remember.
```

| | | |
|---|---|---|
| 1 | Q | Was that person -- you are not there anymore? |
| 2 | A | No. |
| 3 | Q | Was that person there when you left? |
| 4 | A | I don't remember. |
| 5 | Q | Okay.  But there is no hardship to your department?  You were able to stay appropriately staffed? |
| 8 | A | No, definitely not. |
| 9 | Q | Definitely not what?  It wasn't a hardship? |
| 10 | A | We were hurting for help, if that is what you mean, with her gone. |
| 12 | Q | Okay.  But you were able to fill in with a part-time person? |
| 14 | A | Right, but they don't do the same amount of work as she could, with the knowledge that she had. |
| 17 | Q | Okay.  So it would be good for her to get back to work? |
| 19 | A | Yes. |
| 20 | Q | And even when she tried to come back to work, it would have been good for you to have her back, correct? |
| 23 | A | Yes. |

```
 1   Q    So when did you leave the Somersworth store --
 2        she tried to come back in March of '17.
 3             How much longer were you there?
 4   A    I don't remember.
 5   Q    So it is three years ago, approximately?
 6   A    Yes.
 7   Q    So working backwards, how long have you been
 8        at your current store, Seabrook?
 9   A    I have been at Seabrook since Labor Day of
10        2018.
11   Q    And that was your next store after
12        Somersworth?
13   A    Yes.
14   Q    So you would have been through '17 and most of
15        '18?
16   A    Yes.
17   Q    So approximately a year and three quarters?
18   A    Yes, approximately.
19   Q    During that year and three quarters -- well,
20        let's go to the first year.
21             From March of '17 for the rest of
22        that calendar year, did you hire -- did anyone
23        else get hired into produce to assist with
```

20

1               wrapping?
2     A         Yes.
3     Q         And when was that person hired?
4     A         They actually transferred a full-time wrapper
5               to me once she was gone.
6     Q         So would that have been April, May of '17?
7     A         I don't remember which exact month.
8     Q         It was definitely after she was terminated on
9               or about March 6 of '17?
10    A         Yes.
11    Q         Where did that person transfer?
12                    MS. FEENEY:  From?
13    Q         From, thank you.
14    A         She came from Plaistow.
15    Q         Plaistow?
16    A         Yes.
17    Q         Had she had experience wrapping?
18    A         Yes.
19    Q         So do you know how they replaced her from the
20              store she came from?
21    A         She got promoted to full-time coming to me.
22    Q         So she was part-time before?
23    A         Yes.

| | | |
|---|---|---|
| 1 | Q | Is there any lower cut-off, like 32 and above or 40 and above? |
| 3 | A | It is 40. |
| 4 | Q | Did you, when you worked in the Somersworth store, how many people did you supervise, approximately? |
| 7 | A | Approximately, I want to say 20. |
| 8 | Q | Now, is Market Basket open 24 hours a day? |
| 9 | A | No. |
| 10 | Q | What are your general store hours you are open? |
| 12 | | MS. FEENEY: Somersworth or Seabrook? |
| 14 | Q | Somersworth? |
| 15 | A | Somersworth, they are open from 7 a.m. to 9 p.m. Monday through Saturday. Sunday 7 a.m. to 7 p.m. |
| 18 | Q | So in your opinion, if Ms. Artesi had been allowed to come back in March of 2017, you would have been happy to have her back? |
| 21 | A | Yes. |
| 22 | Q | Now, where did you think she was after December 30, what had you heard about why she |

```
 1   A    Yes.
 2   Q    But that doesn't, as far as you understand,
 3        apply when people bring in medical notes and
 4        have a medical reason for being out?
 5   A    Right.
 6   Q    Have you ever known anyone to have been on
 7        FMLA leave that was terminated for not
 8        returning soon enough?
 9   A    No.
10   Q    Are you aware of people who have been out
11        longer than 12 weeks on FMLA -- strike that.
12             Have you been aware of people that
13        had FMLA leave that exceeded the 12 weeks that
14        came back and were not terminated?
15   A    Yes.
16   Q    Let me take a minute here, and look at my
17        notes.  I don't think we need to take a break.
18             I am going to show you these time
19        cards.
20             MS. JOHNSON:  Can you mark this as
21        2?
22             (Whereupon, the court reporter
23        marked Exhibit Number 2, Time cards, for
```