Ex. 6

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

*************************************

JENNIFER ARTESI

VS                NO:  1:19-CV-00214-SM

DEMOULAS SUPER MARKETS, INC., d/b/a MARKET BASKET

and DENNIS LABATTE

*************************************


DEPOSITION OF DAVID JAMES

This deposition taken by agreement of counsel at the New Hampshire Bar Association, 2 Pillsbury Street, Concord, New Hampshire, on February 24, 2020, commencing at 10:01 a.m.

```
 1   Q    Who was filling in for her at that time?
 2   A    We had part-timers, pretty much just the
 3        part-timers.
 4   Q    And so did you get another extra part-timer
 5        when she was out starting December '16?
 6   A    No.
 7   Q    Okay.  Was there someone who was already an
 8        extra part-timer from the summer of '16 when
 9        she had been out?
10   A    I wasn't there at that time.
11   Q    So you don't know who was new or not new in
12        say June of '16?
13   A    Correct.
14   Q    But you were hired in July of '16?
15   A    Right.
16   Q    As a part-timer?
17   A    No, as a full-timer.
18   Q    So did your job duties ever include the
19        wrapping aspects?
20   A    No.
21   Q    And to this day, have you wrapped
22        occasionally?
23   A    Yes.  Yes.
```

```
 1   A    No.
 2   Q    Did you ever find out whether or not she had
 3        been in rehab?
 4   A    No.
 5   Q    Have you ever known of employees to get fired
 6        for missing work if they called or provided a
 7        doctor's note?
 8   A    No.
 9   Q    So what is your understanding of what the term
10        job abandonment is?
11   A    Left and never came back.
12   Q    Never called, never wrote, something like
13        that?
14   A    Yes, I mean abandonment.
15   Q    Sometimes we get --
16   A    It is a term.
17   Q    Sometimes we get into these technical
18        conversations.
19             MS. FEENEY:  We lawyers can be real
20        techy.  What does job abandonment mean?
21   Q    So job abandonment means someone doesn't show
22        up, doesn't call, doesn't provide a doctor's
23        note?
```

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | And they are gone and no one knows where they |
| 3 | | are, correct? |
| 4 | A | Yes. |
| 5 | Q | Is it your experience at Market Basket that if |
| 6 | | someone stays in touch with a store, provides |
| 7 | | notes, that they would be welcomed back? |
| 8 | | MS. FEENEY: I will object to your |
| 9 | | form. |
| 10 | Q | You can answer. |
| 11 | A | Yes. |
| 12 | Q | So you are the assistant produce manager now, |
| 13 | | and who is the produce manager? |
| 14 | A | Nathan Jean. |
| 15 | Q | And how long has he been the produce manager? |
| 16 | | Since Mandy left? |
| 17 | A | No.  October of 2019. |
| 18 | Q | And who was between him and Mandy? |
| 19 | A | Jason Mansur. |
| 20 | Q | M-A-N-S-U-R, spelling? |
| 21 | A | Yes. |
| 22 | | MS. JOHNSON: That's all I have. |
| 23 | | (TIME NOTED: 10:18 a.m.) |