Ex.7

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JENNIFER ARTESI

VS                    NO:   1:19-CV-00214-SM

DEMOULAS SUPER MARKETS, INC., d/b/a MARKET BASKET

and DENNIS LABATTE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


DEPOSITION OF CRISTAL FAUCHER

This deposition taken by agreement of counsel

at the New Hampshire Bar Association, 2 Pillsbury

Street, Concord, New Hampshire, on

February 24, 2020, commencing at 10:26 a.m.

CONNELLY REPORTING & VIDEO SERVICES

13

```
 1    A    What do you want to know?

 2    Q    Well, how did you know they were going to come

 3         meet in your office?

 4    A    I was paged to come to the office.  I did not

 5         know.

 6    Q    And so when you got there, who was in the room

 7         already?

 8    A    Jen Artesi, Mr. LaBatte and Mr. Shea.

 9    Q    And what did they tell you the meeting was

10         about?

11    A    They didn't.  They asked if I would sit down,

12         and that was -- I just sat.

13    Q    Okay.  Did you take notes or anything?

14    A    No.

15    Q    What do you remember about the meeting?

16    A    I remember that Jennifer had come back to

17         work, and they were questioning her coming

18         back to work.  There was no -- we didn't know

19         she was coming in.  She hadn't been there.

20    Q    What do you remember specifically them saying

21         to her?

22    A    That I don't know the exact wordage.  I

23         remember him saying on the lines of, the
```

14

```
 1        family, that she had overused her family

 2        leave.

 3   Q    Family medical leave?

 4   A    Yes.

 5   Q    When you say he, who do you mean?

 6   A    Mr. Shea.  Mr. LaBatte never spoke during the

 7        whole meeting.

 8   Q    Right.  And so what did Ms. Artesi respond?

 9   A    She asked if there was anything she could do

10        or go to another store.

11   Q    All right.  And what did they say?

12   A    Mr. Shea, again -- the only thing he kept

13        indicating was that she had overused her

14        medical leave.

15   Q    All right.  And then she asked whether there

16        was anything else at all in that store or

17        another store?

18   A    Correct.

19   Q    And did she say, after 29 years, that is it?

20   A    Yes.

21   Q    And Mr. Shea confirmed the decision was final

22        at that point?

23   A    Yes.
```

CONNELLY REPORTING & VIDEO SERVICES