# EXHIBIT 8

## AFFIDAVIT OF MONA TARDIF

I, Mona Tardif, do hereby upon oath state as follows:

1. I am a paralegal working for the Law Office of Leslie H. Johnson, PLLC, which represents the Plaintiff Jennifer Artesi, in the matter of *Jennifer Artesi v. DeMoulas Super Markets, Inc. et al.,* USDC-NH, 19-CV-214-SM.

2. Exhibit 5, is a true and accurate copy of excerpts from Mandy Barnum's 2/24/20 deposition transcript.

3. Exhibit 6, is a true and accurate copy of excerpts from David James's 2/24/20 deposition transcript.

4. Exhibit 7, is a true and accurate copy of excerpts from Cristal Faucher's 2/24/20 deposition transcript.

FURTHER AFFIANT SAYETH NOT

Dated: March 2, 2020                                             /s/ MONA J. TARDIF
                                                                 Mona J. Tardif


STATE OF NEW HAMPSHIRE
COUNTY OF CARROLL

Personally appeared before on the above date Mona J. Tardif, who swore that the statements contained herein are true to the best of her knowledge and belief.

                                                                  /s/ JENNIFER L.K. ELLIOTT
                                                                 Notary Public
                                                                 My Commission expires:    01/18/22