UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Jennifer Artesi ) | |
| ) | |
| v. ) | Civil Action No.: 1:19-CV-00214-AJ |
| ) | |
| DeMoulas Super Markets, Inc. d/b/a ) | |
| Market Basket, and ) | |
| Dennis Labatte ) | |

### NOTICE OF ATTORNEY WITHDRAWAL
### FOR DENNIS LABATTE ONLY

Please enter my Withdrawal as counsel in this case for the Defendant Dennis Labatte only. Successor counsel, Brian Cullen, has entered his appearance for the defendant.

Respectfully submitted,

DeMoulas Super Markets

by their attorneys,
Maggiotto, Friedman, Feeney & Fraas, PLLC

Date: March 4, 2020     By:   */s/ Dona Feeney*
Dona Feeney, Esq. (NH Bar No. 12854)
58 Pleasant Street
Concord, NH 03301
603-225-5152
dfeeney@mffflaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via e-mail and through the Court's e-filing system on March 4, 2020 to all counsel of record. There are no conventional filings.

__*/s/ Dona Feeney*_____
Dona Feeney, Esq.

1