UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jennifer Artesi,
Plaintiff

v.                                                          1:19-cv-00214-SM

DeMoulas Super Markets, Inc. d/b/a
Market Basket and Dennis LaBatte,
Defendants

**PLAINTIFF'S OBJECTION TO DEFENDANTS' FINAL PRETRIAL STATEMENT**

NOW COMES the Plaintiff, Jennifer Artesi, by and through her attorney, Law Office of Leslie H. Johnson, PLLC and files her Objection to Defendants' Final Pretrial Statement, as follows:

**V.[1]      OBJECTION TO EXHIBITS**

It is presumed Defendants' Exhibits  are marked as ID at this point.  As Plaintiff has not

seen the exhibits in the form to be presented to the Court, Plaintiff formally objects to all exhibits

at this time.  Upon further review, it is expected that most objections will be withdrawn.  Plaintiff

reserves the right to add further specific objections to individual exhibits upon review of the

same.  Pursuant to Local Rule 83.16(b), "[e]xhibits shall be described using neutral and non-

adversarial terms."  In addition to the above global objections pending receipt of copies of the

actual exhibits, Plaintiff offers the following additional objections, primarily to the description or

number of pages as follows:

Exhibit 1 (A)[2]:  Objection to the description as there is no reason to state who signed the

document.

Exhibit 2 (B):  No objection to the description.  Plaintiff objects to the length of this

exhibit, i.e. 2 pages, as Plaintiff's copy is only 1 page.

---

[1] This document is numbered to correspond to Defendants' Pretrial Statement.
[2] It is presumed Defendants meant to letter their exhibits, instead of numbering them.

Exhibit 3 (C):  Objection to the lengthy description, which is unnecessary. Also, Plaintiff objects to this exhibit due to its length, i.e. 10 pages, as Plaintiff's copy is only 9 pages so a comparison will need to be made.

Exhibit 4 (D):  Plaintiff objects the description of this exhibit as unnecessarily lengthy, and Plaintiff has aptly described it as her Exhibit 5.  In addition, Plaintiff objects to this exhibit due to its length, i.e. 7 pages.  Plaintiff's copy of this exhibit is 8 pages.

Exhibit 5 (E ):  Plaintiff objects to the lengthy description, which has been aptly described by Plaintiff as her Exhibit 10  and 11.

Exhibit 7 (G):  Plaintiff objects to this exhibit because it is irrelevant, as there is no failure to mitigate in this case, since Plaintiff had already obtained employment with another employer prior to the alleged offer of reinstatement, although Plaintiff was earning less at the new employer.

Plaintiff also objects to the description and length of this exhibit, as it should have two pages.  On 12/14/17 at 5:36pm Attorney Feeney emailed Exhibit 7/G to Attorney Johnson, after a previous meeting that day.  Besides the global objection, and relevance, Plaintiff objects to Exhibit 7/G being presented without Attorney Feeney's 12/14/17 email attached as it clearly shows when Plaintiff was presented with the Offer of Reinstatement.  If Exhibit 7/G is to come in over Plaintiff's objection she requests that it contain a copy of Attorney Feeney's 12/14/17 at 5:36 pm email with the following description:

12/14/17 at 5:35PM Email from Attorney Feeney to Attorney Johnson attaching 12/14/17 Demoulas Offer of Reinstatement to plaintiff.

## IX.    ATTORNEYS' FEES

Plaintiff objects to Defendants' suggestion that they could be awarded attorneys' fees, as it would be inappropriate as this is a civil rights case and it is not frivolous, as indicated by denial of summary judgment on several of the claims.

Respectfully submitted,
**JENNIFER ARTESI, Plaintiff**
By Her Attorney

Dated: June 4, 2021          By:          /s/ LESLIE H. JOHNSON
                                          Leslie H. Johnson, Esquire – NH Bar No. 5545
                                          LAW OFFICE OF LESLIE H. JOHNSON, PLLC
                                          PO Box 265
                                          Center Sandwich, NH 03227
                                          (603) 284-6600
                                          leslie@lesliejohnsonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the above to be electronically served through ECF this date to those on the ECF service list.

                              /s/ LESLIE H. JOHNSON
                              Leslie H. Johnson, Esquire