UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jennifer Artesi,
Plaintiff

v.                                                                          1:19-cv-00214-AJ

DeMoulas Super Markets, Inc. d/b/a
Market Basket and Dennis Labatte,
Defendants

## PLAINTIFF'S PROPOSED JURY VOIR DIRE QUESTIONS

NOW COMES the Plaintiff, Jennifer Artesi, by and through her attorney Law Office of Leslie H. Johnson, PLLC and, in addition to the standard Court voir dire, and potentially attorney voir dire, submits Plaintiff's Proposed Jury Voir Dire Questions as follows:

1.      Have you or any family members or close friends, ever retained or consulted with, or do you know, the Law Firm of Leslie H. Johnson, PLLC; Attorney Leslie Johnson; Maggiotto, Friedman, Feeney & Fraas, PLLC; Attorney Dona Feeney; Cullen Collimore PLLC; or Attorney Brian Cullen?

2.      Have you ever shopped at DeMoulas Super Markets, aka Market Basket?

3.      Do you feel that it is inappropriate, for an employee, if or she believes she has been discriminated against, to file a complaint or file a lawsuit against his or her employer, when it is allowed by law?

4.      Do you have generally negative feelings, or are you suspicious, about people who bring lawsuits against others?

5.      Have you, or a member of your family or a close friend ever experienced harassment, discrimination, or retaliation at work, on the basis of disability, gender, age, or any other protected category at work?

6.      Have you ever been laid off or fired from a job, and if so, did you believe that you were not treated fairly?

7.      Have you ever been in a management or superviosry position where you managed one or more employees?

8.      If you have been in either supervisory position, have you ever had to terminate or discipline an employee?   If so, were you ever subject to a lawsuit and can you describe the circumstances and the experience?

9.      Do you tend to believe that an employer, or a person in a management or supervisory position, is generally more credible or likely to tell the truth than a lower level employee in an organization?

10.     Do you think that managers or employees of a company ever lie about events to protect themselves or the company?

11.     Have you, or has anyone in your family, ever worked in a personnel office or human resources department of a business or other employer?

12.     Have you or has anyone in your family owned a business, and if so, were you or your family ever subject to a lawsuit by an employee?

13.     Have you ever been part of an employment organization as a manager or supervisor at a time when your company was sued for employment discrimination?

14.     Have you, or any of your close family or friends, ever been accused of any form of employment discrimination including, but not limited to, disability discrimination, gender discrimination, sexual harassment, or retaliation?

15.     Have you ever observed someone else being harassed or discriminated against at work?

16. Do you believe that employment discrimination laws (including disability, gender discrimination/sexual harassment ) have an unfair effect on employers?

17. In your opinion, is discrimination in the workplace something people should expect to endure without complaint?

18. Do you belong to any organization which has tort reform as one of its goals?

19. Do you have any bias, prejudice or opinion against parties that come to court to recover money damages?

20. Do you believe that persons should be fully and fairly compensated for their injuries, including lost wages and benefits?

21. If after hearing the evidence and the instructions of the judge, you find that the employer violated the Plaintiff's rights by discriminating against her based on disability, would anything cause you to hesitate to make the company pay money damages to make her whole, meaning to recover the money she lost due to the discrimination and to fully compensate her for her injuries?

Respectfully submitted,
**JENNIFER ARTESI, Plaintiff**
By Her Attorney

Dated: June 8, 2021        By:        /s/ LESLIE H. JOHNSON
Leslie H. Johnson, Esquire – NH 5545
LAW OFFICE OF LESLIE H. JOHNSON, PLLC
PO Box 265
Center Sandwich, NH 03227
(603) 284-6600
leslie@lesliejohnsonlaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the above to be electronically served through ECF this date to those on the ECF service list.


                               /s/ LESLIE H. JOHNSON            
                            Leslie H. Johnson, Esquire