UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jennifer Artesi,
Plaintiff

v.                                                          1:19-cv-00214-AJ

DeMoulas Super Markets, Inc. d/b/a
Market Basket and Dennis LaBatte,
Defendants

## **PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM**

NOW COMES the Plaintiff, Jennifer Artesi, by and through her attorney, and submits the

following Plaintiff's Proposed Special Verdict Form.  Plaintiff reserves the right to modify or

supplement the proposed Special Verdict Form as required by subsequent Court rulings or

decisions, or because of evidence presented at trial.  The parties conferred on the form but had a

disagreement on more than 50% thereof.  Plaintiff's counsel did add the sentence between

questions 1 A and 1 B, and fixed paragraph numbers in the line before question 3, at the

suggestion of Defendants' counsel.

Respectfully submitted,
**JENNIFER ARTESI, Plaintiff**
By Her Attorney

Dated: June 18, 2021          By:          /s/ LESLIE H. JOHNSON
                                            Leslie H. Johnson, Esquire – NH Bar No. 5545
                                            LAW OFFICE OF LESLIE H. JOHNSON, PLLC
                                            PO Box 265
                                            Center Sandwich, NH 03227
                                            (603) 284-6600
                                            leslie@lesliejohnsonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the above to be electronically served through ECF this date to those on the ECF service list.

/s/ LESLIE H. JOHNSON
Leslie H. Johnson, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jennifer Artesi,
Plaintiff

v.                                                          1:19-cv-00214-AJ

DeMoulas Super Markets, Inc. d/b/a
Market Basket and Dennis LaBatte,
Defendants

## PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM

1.    A.    Has Plaintiff Artesi proved her ADA and NH RSA 354-A disability claim against Defendant DeMoulas, that it committed disability discrimination by failing to grant additional medical leave time as a reasonable accommodation, and then terminated her?

_____                          _____
Yes                                          No

**(If you answer "Yes" to question 1 A, proceed to 1 B. If you answered "No" to Question 1 A skip question 1 B and go to Question 2.)**

B.    Has Plaintiff Artesi proved her NH RSA 354-A claim that Defendant LaBatte aided and abetted Defendant DeMoulas in its disability discrimination committed against Plaintiff Artesi?

_____                          _____
Yes                                          No

2.    A.    Has Plaintiff Artesi proved her ADA and NH RSA 354-A claim that Defendant DeMoulas retaliated against her by terminating her for taking and/or requesting additional medical leave as a reasonable accommodation?

_____                          _____
Yes                                          No

B.     Has Plaintiff Artesi proved her NH RSA 354-A claim that Defendant LaBatte retaliated against her by terminating her for taking and/or requesting additional medical leave as a reasonable accommodation?

_____                          _____
Yes                                          No

*(Answer question 3 if you have answered "yes" to any of the questions above: 1A, 1B, 2A or 2B)*

3.      What back pay do you award Plaintiff Artesi?

_____

(State the amount in words)

4.      What front pay do you award Plaintiff Artesi?

_____

(State the amount in words)

5.      What compensatory/emotional distress damages do you award Plaintiff Artesi?

_____

(State the amount in words)

6.      What enhanced compensatory damages do you award Plaintiff Artesi?

_____

(State the amount in words)

**(Answer this question only if you answered "yes" to questions 1 A or 2A above)**

7.      Do you award Plaintiff Artesi any punitive damages against Defendant DeMoulas?

        _____                          _____
          Yes                              No

If you answered "yes", please answer what punitive damages you award against Defendant DeMoulas:

_____

(State the amount in words)

**(Answer this question only if you answered "yes" to questions 1 A or 2A above)**

8.      Do you award any additional damages against Defendant LaBatte, other than those contained in questions 3-6 above?

       _____                                        _____
        Yes                                          No

If you answered "yes", please state what additional damages you award against Defendant LaBatte:

_____
(State the amount in words)

_____              _____
Date                                        Jury Foreperson