UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUN 29 2021

FILED.

Jennifer Artesi,
Plaintiff

v.                                                    1:19-cv-00214-AJ

DeMoulas Super Markets, Inc. d/b/a
Market Basket and Dennis Labatte,
Defendants

## PLAINTIFF'S FINAL EXHIBIT LIST

NOW COMES the Plaintiff, Jennifer Artesi, by and through her attorney, Law Office of Leslie H. Johnson, PLLC and submits Plaintiff's Final Exhibit List as follows:

| Exhibit No. | Date | Description |
|---|---|---|
| 1 | 01/02/17 | David Yarian MD re Artesi in hospital in FL discharge date unknown |
| 2 | 01/04/17 | Request for Family or Medical Leave (FMLA) 12/30/16 thru unknown date (Labatte) |
| 3 | 01/09/17 | MB to Artesi re forwarding FMLA forms with fax confirmation |
| 4 | 01/09/17 | Request for Family or Medical Leave (FMLA) start 12/30/16 |
| 5 | 01/12/17 | Gonzalo Quesada MD - G & G Healthcare Services FMLA with fax confirmation |
| 6 | 02/06/17 | Quesada MD – RTW 02/13/17 without restrictions |
| 7A | 02/22/17 | David Yarian MD re return to work 03/06/17 full capacity (JA33) |
| 7B | 02/22/17 | David Yarian MD re return to work 03/06/17 full capacity |
| 8 (ID) | 03/23/16-05/01/17 | Verizon Talk Activity report re xxx-xxx-3258 (John Artesi's phone) |
| 9 (ID) | 02/03/17-04/02/17 | Verizon Talk Activity report re xxx-xxx-3868 (Ms. Artesi's phone) |
| 10 | 01/13/17 | Letter from Joyce to Artesi re FMLA |
| 11 | 01/13/17 | Letter from Joyce to Artesi enclosing 01/13/17 FMLA Designation Notice with fax confirmation |
| 12 (ID) | 12/2016-03/2017 | Jennifer Artesi's calendar with notes |
| 13 | 03/01/17 | MB Benefit Continuation Notice |
| 14 | 03/01/17 | MB to Artesi re termination of life insurance |
| 15 | 03/01/17 | MB to Artesi re termination of health & dental insurance |
| 16 (ID) | 03/13/17 | John and Jennifer Artesi letter to Mr. DeMoulas |

| | | |
|---|---|---|
| 17 | 2014, 2015, 2016 | Jennifer Artesi W2s from DeMoulas |
| 18 (ID) | | 2017 Tax Return with W2 |
| 19 (ID) | | 2018 Tax Return with W2 |
| 20 (ID) | | 2019 Tax Return with W2 |
| 21 (ID) | | 2020 Tax Return with W2 |
| 22 | 2005-2016, and 2018 | Demoulas Profit Sharing Report for Artesi |
| 23 (ID) | Ppe 02/27/16* | 2016 DeMoulas Supermarkets, Inc. selected pay stubs re bonuses<br>*05/28/16, 07/02/16, 08/13/16, 09/10/16, 09/17/16, 11/12/16, 11/19/16, 11/26/16, 12/10/16, 12/17/16, 12/24/16, 12/31/ |
| 24 | 11/09/17, 11/13/17 | Shaw's Conditional offer & New Hire Rate of Pay |
| 25 | 02/24/20 | Country Brook Kennels letter on rate of pay with attached payroll history through 02/20/20 and 2019 W2 |
| 26 | Ppe 03/27/19 | Country Brook Kennels pay stub covering 03.21.19-03.27.19 |
| 27 | Ppe 04/21/18<br>Ppe 07/21/18<br>Ppe 08/18/18 | New Albertson's, Inc. (Shaw's Supermarkets) pay stubs |
| 28A (ID) | | Back Pay Damages chart |
| 28B (ID) | | Front Pay Damages chart |
| 29 | 09/18/16 | Health Insurance election, Artesi at DeMoulas |
| 30 | 2015 | Market Basket Earnings Report |
| 31 | 2016 | Market Basket Earnings Report |
| 31A** | 2017 | Market Basket Earnings Report |
| 32 | 08/30/17 | Artesi MB Payroll File Inquiry |
| 33 (ID) | 2014-2017 | DeMoulas's Answer to Interrogatory No. 8 and 9 with attached Demoulas Store 36 employees' FMLA leave chart |
| 34 (ID) | various | Medical Bills incurred after termination due to lesser health insurance |
| 35 (ID) | 01/03/17* | Anthem BCBS authorizing care<br>*01/04/17, 01/10/17, 01/18/17, 01/27/17, 02/01/17, 02/06/17 |
| 36 (ID) | 01/14/10, 01/20/11, 03/07/13 | Labatte signature on Demoulas Rules for Security Awareness, Rules Against Sexual Harassment, Employee Rights and Responsibilities under FMLA |
| 37 (ID) | 10/31/1996, 08/06/09 | Labatte signature on DeMoulas Super Markets – Rules Against Sexual Harassment |
| 38 (ID) | 12/29/19 | Labatte Personnel Record Sheet from DeMoulas |
| 39 | 02/15/17 | David Yarian MD office note of Jennifer Artesi |
| 40 | 02/08/17 | Gonzalo Quesada MD office note on Jennifer Artesi |
| | | Any and all documents produced by either party in discovery. |

REBUTTAL/IMPEACHMENT EXHIBITS:

| 41 (ID) | 03.09.17-09.14.17 | NHES Job Search Log of Jennifer Artesi |
|---|---|---|
| 42 (ID) | 02.07.20 | DeMoulas's Answers to Interrogatories & RPD |
| 43 (ID) | 02.06.20 | LaBatte's Answers to Interrogatories & RPD |
| 44 (ID) | 12.26.17 | DeMoulas / LaBatte Response to Charge of Discrimination |
| 45 (ID) | 03.08.19 | Defendants Answer to Complaint |
| 46 (ID) | 11.07.19 | Jennifer Artesi deposition transcript |
| 47 (ID) | 02.10.21 | Rachel Joyce deposition transcript with exhibits |
| 48 (ID) | 02.11.21 | Dennis LaBatte deposition transcript with exhibits |
| 49 (ID)** | 02.10.21 | Betsy Pelletier deposition transcript with exhibits |
| 50 (ID) | 02.11.21 | Joseph Schmidt deposition transcript with exhibits |
| 51 (ID) | 02.10.21 | Tim Shea deposition transcript |
| 52 (ID)** | 02.24.20 | David James deposition transcript to be read into record, pending decision on motion |
| 53 (ID)** | 02.24.20 | Mandy Barnum deposition transcript with exhibits |
| 54 (ID)** | 02.24.20 | Cristal Faucher deposition transcript |

**Not on JERS Flash Drive

Plaintiff reserves her right to not use any of the above exhibits and to use additional exhibits not listed above for rebuttal or to impeach the testimony of any witness. Plaintiff also reserves the right to add to this list of exhibits up to and including the time of trial upon reasonable notice to Defendants.

Respectfully submitted,
**JENNIFER ARTESI, Plaintiff**
By Her Attorney

Dated: June 21, 2021          By:          /s/ LESLIE H. JOHNSON
                                                    Leslie H. Johnson, Esquire – NH Bar No. 5545
                                                    LAW OFFICE OF LESLIE H. JOHNSON, PLLC
                                                    PO Box 265
                                                    Center Sandwich, NH 03227
                                                    (603) 284-6600
                                                    leslie@lesliejohnsonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have emailed a copy of the above this date to Kathy DuPont, Deputy Clerk, US District Court – District of New Hampshire; and Dona Feeney, Esquire, counsel for DeMoulas Super Markets, Inc.; and Brian Cullen, Esquire, counsel for Defendant LaBatte.

          /s/ LESLIE H. JOHNSON
Leslie H. Johnson, Esquire

3