Pla1 is incorrectly labeled and it is not there

We need 01.02.17

thank you — Jerry

4/29/2021

Thank you. The exhibit will be replaced with the correct document.

Andrea K. Johnstone
U.S. Magistrate Judge

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUN 29 2021

FILED