U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUN 29 2021

FILED

Jennifer Artesi

v.                                          Case No. 19-cv-214-AJ

Demoulas Super Markets, Inc.
d/b/a Market Basket, and
Denis Labatte

## VERDICT FORM

### I. LIABILITY

**Question 1:**  Do you find by a preponderance of the evidence that Market Basket is liable to the plaintiff for failing to accommodate her disability?

Yes_____                                   No__✗__

**Question 2:**  Do you find by a preponderance of the evidence that Market Basket is liable to the plaintiff for retaliating against her in response to her request for an accommodation for her disability?

Yes_____                                   No__✗__

**[ONLY ANSWER QUESTION 3 IF YOU ANSWERED "YES" TO QUESTION 1 and/or QUESTION 2]**

**Question 3:**  Do you find by a preponderance of the evidence that Dennis LaBatte is liable to the plaintiff for aiding and abetting Market Basket's failure to accommodate plaintiff's disability?

Yes_____                    No_____

*If you did not answer "yes" to any of questions 1-3, your deliberations are complete.  please have the jury foreperson sign and date this verdict form and notify the court security officer that you have reached a verdict.*

*If you answered "yes' to any of questions 1-3, proceed to the next section.*

**II.  DAMAGES** *(To be answered only if you answered "yes" to at least one of the questions in Section I: Questions 1, 2, or 3.)*

2

**Question 4:**  What amount of back pay do you award to Plaintiff Artesi?

_____

(Please enter the amount in words, not numbers)

**Question 5:**  What amount of compensatory damages do you award to Plaintiff Artesi?

_____

(Please enter the amount in words, not numbers)

**Question 6:**  What amount of front pay do you award to Plaintiff Artesi?

_____

(Please enter the amount in words, not numbers)

3

**Question 7:** What amount of enhanced compensatory damages do you award to Plaintiff Artesi?

_____

(Please enter the amount in words, not numbers)

**Question 8:** What amount of punitive damages do you award to Plaintiff Artesi?

_____

(Please enter the amount in words, not numbers)

Date: 6/29/21

Foreperson's Signature_____